AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

# UNITED STATES DISTRICT COURT
## Northern District of California

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **JUDGMENT IN A CRIMINAL CASE** |
| | | (For **Revocation** of Probation or Supervised Release) |
| **v.** | ) | |
| Marcio Jossel Cruz | ) | USDC Case Number:  CR-24-00182-001 CRB |
| | ) | BOP Case Number:  DCAN324CR00182-001 |
| | ) | USM Number:  05885-511 |
| | ) | Defendant's Attorney:  Karthik Raju (AFPD) |

## THE DEFENDANT:

☑ Mr. Cruz admitted to Charge(s): <u>One through Three</u> of the Petition for Warrant filed on <u>October 29, 2025</u>.

☐ was found in violation of Charge(s): _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Must not commit another federal, state, or local crime | October 27, 2025 |
| Two | Shall comply with the rules of the Bureau of Immigration and Customs Enforcement, if deported, shall not reenter the United States | October 27, 2025 |
| Three | Shall not be present in the Tenderloin District area in San Francisco | October 27, 2025 |
| | | |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ Charge _____ is dismissed on motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  <u>N/A</u>

Defendant's Year of Birth:  <u>2004</u>

City and State of Defendant's Residence:
<u>Unknown, Honduras</u>

3/25/2026
Date of Imposition of Judgment

Signature of Judge

The Honorable Charles R. Breyer
Senior United States District Judge
Name & Title of Judge

Date.  March 26, 2026
Date Signed

CRAO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

DEFENDANT:  Marcio Jossel Cruz                                                          Judgment - Page 2 of 2
CASE NUMBER:  CR-24-00182-001 CRB

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
>        24 months custody, no supervised release to follow

☐      The Court makes the following recommendations to the Bureau of Prisons:

☑      The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.
        Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Bond Security form on file in
        the Clerk's Office.

☐      The defendant shall surrender to the United States Marshal for this district:

      ☐      at _____  ☐ am  ☐ pm   on _____ (no later than 2:00 pm).

      ☐      as notified by the United States Marshal.

      The appearance bond shall be deemed exonerated upon the surrender of the defendant.  Any cash bail plus interest shall be
        returned to the owner(s) listed on the Affidavit of Owner of Bond Security form on file in the Clerk's Office.

☐      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

      ☐      at _____  ☐ am  ☐ pm   on _____ (no later than 2:00 pm).

      ☐      as notified by the United States Marshal.

      ☐      as notified by the Probation or Pretrial Services Office.

      The appearance bond shall be deemed exonerated upon the surrender of the defendant.  Any cash bail plus interest shall be
        returned to the owner(s) listed on the Affidavit of Owner of Bond Security form on file in the Clerk's Office.

## RETURN

I have executed this judgment as follows:


Defendant delivered on _____ to _____ at
_____ , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL